IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY MARKER,

      Plaintiff,

v.                                                                     No. 2:20-cv-00631 MV/KRS

DEPARTMENT OF THE INTERIOR,
Bureau of Land Management, Pecos District,

      Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 57), filed February 8, 2022. The Proposed Findings notified the parties of their right to file objections and that failure to object would preclude appellate review. (Doc. 57) at 17. To date, no party has filed objections and the time for doing so has passed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 57), is ADOPTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Claims for Lack of Subject Matter Jurisdiction and Failure to State a Claim (Doc. 50) is GRANTED, and that this case is DISMISSED without prejudice. The Court will enter a separate judgment closing the case.

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE